Name and Address:
Lynda & Francisco Pedraza
22 Sanza Ct
Alameda, CA 94502

RECEIVED
07 NOV 16 PM 1:20
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Lynda Pedraza and Francisco Pedraza, Individually and as guardians ad litem on behalf of their son,

Plaintiff / Petitioner

VS.

Alameda Unified School District

Defendant / Respondent

Case No. C07-04751 BZ

Document Name: Petition for withdrawal without prejudice

Plaintiffs, Lynda & Francisco Pedraza
11/15/07

Deeming this a request for dismissal under Rule 41(a)(1), it is so Ordered.

19 Nov 07

[Signature: Bernard Zimmerman]